

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00181-CV

**LDL PROPERTIES, LLC**,
Appellant

v.

**CITY OF SAN ANTONIO** and San Antonio Water System,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI12303
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court). Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 43.4.

SIGNED May 14, 2025.

_____
Adrian A. Spears II, Justice